FILED
AUG 12 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2677-DMS |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | |
| | ) | Exceeding Authorized Access to |
| JORGE CAMARILLO, | ) | Government Computers; Title 18, |
| | ) | U.S.C., Secs. 1030(a)(2)(B) |
| Defendant. | ) | |
| | ) | |
| | ) | |

The United States Attorney Charges:

Count 1

On or about November 26, 2004, in the Southern District of California, defendant JORGE CAMARILLO did knowingly and intentionally access without authorization and exceed authorized access to a computer of a Department or Agency of the United States, to wit, Department of Homeland Security and Department of Justice, and thereby obtain information from a Department or Agency of the United States, in violation of Title 18, United States Code, Sections 1030(a)(2)(B).

DATED: August 12, 2008.

KAREN P. HEWITT
United States Attorney

LAURA E. DUFFY
Assistant U.S. Attorney