2AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JORGE CAMARILLO ) <br> ) <br> Defendant. ) | **WAIVER OF INDICTMENT** <br><br> CASE NUMBER: 08CR2677-DMS |

I, <u>JORGE CAMARILLO</u>, the above named defendant, who is accused of knowingly and intentionally accessing without authorization and exceeding authorized access to a computer and thereby obtaining information from a Department or Agency of the United States, in violation of Title 18, United States Code, Sections 1030(a)(2)(B), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __8/12__, 2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JORGE CAMARILLO
Defendant

FRANCISCO J. SANCHEZ, Jr.
Counsel for Defendant

Before
Honorable U.S. Magistrate Judge

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY